JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP NETZLEY,<br><br>    Petitioner,<br><br>vs.<br><br>F. GONZALEZ, Warden,<br><br>    Respondent. | Case No. EDCV 08-1525-SJO (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 9/17/09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE